**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIRST DIVISION**
**Civil File No. 01-317 RHK/SRN**

---

Vickie Brady,

Plaintiff,

vs.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Waters Instruments, Inc.,

Defendant.

---

## ORDER FOR DISMISSAL

Based upon all the files, records and proceedings herein, and, specifically, that Stipulation for Dismissal With Prejudice executed by the parties and filed herein,

IT IS HEREBY ORDERED:

That the above-entitled action be dismissed with prejudice, without costs, disbursements, or attorneys fees to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 1/29/02

BY THE COURT:

RHK

FILED JAN 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 29 2002
DEPUTY CLERK

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIRST DIVISION**
**Civil File No. 01-317 RHK/SRN**

---

Vickie Brady,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Waters Instruments, Inc.,

Defendant.

---

**STIPULATION OF DISMISSAL**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that said action be, and the same hereby is, dismissed with prejudice, without costs, disbursements, or attorneys fees, to either party, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS FURTHER STIPULATED AND AGREED, that the Clerk of said Court, upon filing of this Stipulation, without notice to any party, is hereby authorized and directed to enter judgment of the dismissal of this action.

Dated: January 24, 2002

**GEORGE F. RESTOVICH & ASSOCIATES**

By ______________________
Bruce K. Piotrowski, #195194
Attorney for Plaintiff
117 East Center Street
Rochester, Minnesota 55904
Telephone: (507) 288-4840

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: January 28, 2002

**FREDERIKSON & BYRON**

By *M Vogt Brettingen*

Todd A. Wind, # 196514
Melissa Vogt Brettingen, # 284658
Attorney for Defendant
1100 International Center
900 Second Avenue South
Minneapolis, Minnesota 55402-3397