# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Vickie Brady

Plaintiff

v.

Waters Instruments, Inc.

Defendants

Case No. Civil 01-317 RHK/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above entitled action be dismissed with prejudice, without costs, disbursements, or attorneys fees to either party.

DATE: January 29, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

15